**No. 50027.**—Protest 111467–K of S. W. Simon Leather Co. (New York).

Opinion by OLIVER, P. J.   When the case was called for trial the examiner testified that the merchandise is similar in all material respects to that involved in *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807), which record was incorporated herein.   In accordance therewith the claim at 5 percent under paragraph 1530 (a), as modified by T. D. 50504, was sustained.

**No. 50028.**—Protest 110277–K of Barnet Tanning Co. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the hides are similar in all material respects to those the subject of *Rice* v. *United States* (11 Cust. Ct. 118, C. D. 807).   In accordance therewith the claim at 5 percent was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 16, 1945

**No. 50029.**—Protests 985967–G, etc., of Hosada Bros. (San Francisco).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise is the same as that passed upon in *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842), the merchandise was held dutiable as claimed.

BEFORE THE THIRD DIVISION, FEBRUARY 17, 1945

**No. 50030.**—Protest 914977–G of A. L. Tuska Son & Co., Inc. (New York).

Opinion by KEEFE, J.   It was stipulated and agreed that the bone lemon picks in question are similar in all material respects to those the subject of Abstract 39426.   In accordance therewith the claim at 25 percent under paragraph 1537 was sustained.

**No. 50031.**—Protests 77324–K, etc., of R. L. Albert & Son, Inc., et al. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.